UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                              Plaintiff,<br><br>v.<br><br>ANDREW T.E. COLDICUTT,<br><br>                              Defendant. | Case No. 22-cv-00274-MMA (KSC)<br><br>**ORDER GRANTING PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW AS COUNSEL OF RECORD**<br><br>[Doc. No. 4] |

On March 17, 2022, attorney Amy Jane Longo filed a motion to withdraw as counsel of record for Plaintiff Securities and Exchange Commission ("Plaintiff"). *See* Doc. No. 4. The motion in unopposed to date. *See* Docket. The docket reflects that Plaintiff continues to be represented in this matter by two other attorneys. *See id.* The Court **GRANTS** the motion and **DIRECTS** the Clerk of Court to terminate Amy Jane Longo as attorney of record for Plaintiff.

**IT IS SO ORDERED**.

Dated:  March 30, 2022

HON. MICHAEL M. ANELLO
United States District Judge