James C. Huber, Esq. (SBN 269488)
jhuber@attorneygl.com
GLOBAL LEGAL LAW FIRM
380 Stevens Avenue, Suite 311
Solana Beach, CA 92075
Telephone: (888) 846-8901
Facsimile: (888) 846-8902

Attorneys for Defendant
ANDREW T.E. COLDICUTT

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> ANDREW T.E. COLDICUTT, <br><br> Defendant. | Case No. 3:22-cv-00274-MMA-KSC <br><br> Judge: Hon. Michael M. Anello <br><br> **NOTICE OF WITHDRAWAL OF DOCUMENT NO. 16** <br><br> Complaint Filed: March 1, 2022 |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** pursuant to the Court's request, Attorneys for Defendant hereby withdraws its Notice of Withdrawal of Counsel for Defendant Andrew T. E. Coldicutt, filed as Doc #16.

Dated: June 29, 2022            GLOBAL LEGAL LAW FIRM

                                By: */s/ James C. Huber*
                                    James C. Huber
                                    Attorneys for Defendant
                                    ANDREW T.E. COLDICUTT

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2022, I caused to be electronically filed the foregoing document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail, electronic mail, or by other means permitted by the Court rules.

GLOBAL LEGAL LAW FIRM

By: */s/ James C. Huber*
James C. Huber
Attorneys for Defendant
ANDREW T.E. COLDICUTT