```
James C. Huber, Esq. (SBN 269488)
jhuber@attorneygl.com
GLOBAL LEGAL LAW FIRM
380 Stevens Avenue, Suite 311
Solana Beach, CA 92075
Telephone:  (888) 846-8901
Facsimile:  (888) 846-8902

Attorneys for Defendant
ANDREW T.E. COLDICUTT
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW T.E. COLDICUTT,<br><br>    Defendant. | Case No. 3:22-cv-00274-MMA-KSC<br><br>Judge:  Hon. Michael M. Anello<br><br>**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**<br><br>Complaint Filed:  March 1, 2022 |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Attorney James C. Huber, as counsel of record for Defendant Andrew T.E. Coldicutt, respectfully requests leave of this Honorable Court that he be permitted to withdraw as attorney of record for said Defendant, with grounds therefore as follows:

1. Due to irreconcilable differences between co-counsel, James C. Huber can no longer effectively and properly represent Defendant.

///
///
///
///
///

1
**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

WHEREFORE, Attorney James C. Huber respectfully requests that he be permitted to withdraw as attorney of record for Defendant Andrew T.E. Coldicutt in the above-captioned matter.

Dated: June 29, 2022            GLOBAL LEGAL LAW FIRM

By: */s/ James C. Huber*
James C. Huber
Attorneys for Defendant
ANDREW T.E. COLDICUTT

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2022, I caused to be electronically filed the foregoing document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail, electronic mail, or by other means permitted by the Court rules.

GLOBAL LEGAL LAW FIRM

By: */s/ James C. Huber*
James C. Huber
Attorneys for Defendant
ANDREW T.E. COLDICUTT