1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

ANDREW T.E. COLDICUTT,

Defendant.

Case No. 22-cv-00274-MMA (KSC)

**ORDER GRANTING DEFENDANT'S COUNSEL'S MOTION TO WITHDRAW AS COUNSEL OF RECORD**

[Doc. No. 18]

17
18
19
20
21
22
23

On June 29, 2022, attorney James C. Huber filed a motion to withdraw as counsel of record for Defendant Andrew T.E. Coldicutt ("Defendant"). *See* Doc. No. 18. The motion is unopposed to date. *See* Docket. The docket reflects that Defendant continues to be represented in this matter by two other attorneys. *See id.* The Court **GRANTS** the motion and **DIRECTS** the Clerk of Court to terminate James C. Huber as attorney of record for Defendant.

24

**IT IS SO ORDERED**.

25

Dated: July 7, 2022

26
27

HON. MICHAEL M. ANELLO
United States District Judge

28