# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                              Plaintiff,<br><br>v.<br><br>ANDREW T.E. COLDICUTT,<br><br>                              Defendant. | Case No. 22-cv-00274-MMA (KSC)<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE REPLY BRIEF IN EXCESS OF PAGE LIMITS**<br><br>[Doc. No. 21] |

Pending before the Court is Defendant Andrew T.E. Coldicutt's ("Defendant") motion to dismiss Plaintiff Securities and Exchange Commission's ("Plaintiff") Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).  *See* Doc. No. 13.  On August 2, 2022, Defendant filed a motion for leave to file a reply in excess of the page limit set forth in Civil Local Rule 7.1(h).  *See* Doc. No. 21.  Plaintiff has not opposed the motion.  Upon due consideration, good cause appearing, the Court **GRANTS** the motion.  Defendant's reply brief is authorized to be, and remains, filed.  *See id.*

**IT IS SO ORDERED**.

Dated:  August 5, 2022

*[signature]*

HON. MICHAEL M. ANELLO
United States District Judge