# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                       Plaintiff,<br><br>v.<br><br>ANDREW T.E. COLDICUTT,<br><br>                       Defendant. | Case No. 22-cv-00274-MMA (KSC)<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO STAY** |

On December 1, 2022, Defendant Andrew T.E. Coldicutt ("Defendant") filed a motion to stay all proceedings in this case. *See* Doc. No. 28. The Court **SETS** the following briefing schedule on Defendant's motion to stay:

1. Plaintiff Securities and Exchange Commission must file a response to the motion to stay on or before **January 9, 2023**.

2. Defendant may then file his reply, if any, on or before **January 16, 2023**.

In his moving papers, Defendant requested oral argument on his motion to stay. *See* Doc. No. 28. The Court typically does not entertain oral argument on civil motions. *See* Civil Chambers Rule III; *see also* S.D. Cal. CivLR 7.1.d.1. Accordingly, Defendant must file a separate statement explaining why oral argument would be helpful to the Court on or before **December 12, 2022**. Upon review of Defendant's statement and the

1  briefing on the motion to stay, the Court will issue a minute order either taking the
2  motion to stay under submission on the papers and without oral argument or setting the
3  motion for hearing.  If Defendant chooses not to file a statement, the Court will deem
4  Defendant's request for oral argument withdrawn.
5  **IT IS SO ORDERED**.
6  Dated:  December 1, 2022

HON. MICHAEL M. ANELLO
United States District Judge