# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ANDREW T.E. COLDICUTT,<br><br>　　　　　　　　　　Defendant. | Case No. 22-cv-00274-MMA-KSC<br><br>**ORDER REGARDING STAY** |

　　This case is stayed pending resolution of Defendant Andrew T.E. Coldicutt's parallel criminal case. Doc. No. 32. On July 15, 2025, the parties filed a joint status report, indicating that a jury found Defendant guilty on Counts 1 through 17 of the superseding indictment in the parallel criminal case. Doc. No. 34 at 2. The parties also indicated that District Judge Jinsook Ohta sentenced Defendant to a term of imprisonment, supervised release, and monetary penalties, including a fine and forfeiture, on July 11, 2025. *Id.* That same day, Defendant filed a notice of appeal in the criminal case, with his opening brief due October 3, 2025. *Id.* at 3. In light of the pending appeal, the parties indicated that they do not believe the criminal matter is resolved and jointly request that the stay in this case remain in effect. *Id.*

///

///

Upon due consideration, the stay in this case shall remain in effect pending resolution of Defendant's criminal appeal. The parties shall jointly file a status report within five (5) days of the resolution of the criminal matter.

**IT IS SO ORDERED**.

Dated: July 17, 2025

HON. MICHAEL M. ANELLO
United States District Judge